# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Scott McCandliss, Dmidriy Abramyan, Abdikadir Ahmed, Ahmed Katun Ahmed, Ahmed Hassan, Ben Stewart Rountree, Faheem Iqbal Qureshi, Anthony D. Logan, Mohammed Abdulle, Hamoud S. Aldahbali, Jamal Abdi, Abdilahi Awale, and Mohamed A. Hussein,<br><br>      Plaintiffs,<br><br>  v.<br><br>Uber Technologies, Inc., Uber Technologies (GA), Inc., Rasier LLC, Keith Radford, Ahmed Simjee, Joshua Gantt, Leslie Gilmartin, Brian Giquel, Christopher Bosak, Christopher Johnson, Kevin Buttimer, Daniel Anderson, John Stettner, Rachel Pietrocola, Josh Varcoe, Fabian Fernandez, Aminur Choudhury, Seid Shek, Abebe Tesfaye, Samuel Worku, Jean Richard Pierre, Alexander Agbaere, Ayodele Okpodu, and Belay Dagnew,<br><br>      Defendants. | CIVIL ACTION NO. 1:14-CV-03275-WSD |

## UBER TECHNOLOGIES (GA), INC. AND RASIER LLC's CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for Uber Technologies (GA), Inc. certifies that Defendant Uber Technologies (GA), Inc. has no parent corporation and no publicly held corporation owns more 10% or more of its stock.

2. The undersigned counsel of record for Rasier LLC certifies that Defendant Rasier LLC has no parent corporation and no publicly held corporation owns more 10% or more of its stock.

3. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Uber Technologies (GA), Inc. and Rasier, LLC are not aware of any other person, association, firm, partnership, or corporation with either a financial interest in or other interest which could be substantially affected by the outcome of this case.

4. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Uber Technologies (GA), Inc. and Rasier, LLC in this proceeding: Michael W. Tyler and Ross D. Andre of Kilpatrick Townsend & Stockton LLP; Stephen A. Swedlow, Arthur M. Roberts, and Amit B. Patel of Quinn Emanuel Urquhart & Sullivan LLP.

DATED: November 10, 2014

                                    By   /s/ Michael W. Tyler
                                          Michael W. Tyler

Michael W. Tyler (GA Bar No. 721152)
    mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
    jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
    randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555

Stephen A. Swedlow (*pro hac vice* pending)
    stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice* pending)
    amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

Arthur M. Roberts (*pro hac vice* pending)
    arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  November 10, 2014.

/s/ Michael W. Tyler
Michael W. Tyler

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Plaintiffs:

> William A. Pannell
> WILLIAM A. PANNELL, P.C.
> 433 Chateau Drive, NW
> Atlanta, GA 30305

I further certify that on November 10, 2014, I served a copy of the foregoing to counsel for Plaintiffs by depositing a copy in the U.S. Mail, first class postage prepaid, addressed as follows:

> Keith E. Fryer
> FRYER, SHUSTER & LESTER, PC
> 1050 Crown Pointe Parkway, Suite 410
> Atlanta, GA 30338

/s/ Michael W. Tyler
Michael W. Tyler