# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Scott McCandliss, Dmidriy Abramyan, Abdikadir Ahmed, Ahmed Katun Ahmed, Ahmed Hassan, Ben Stewart Rountree, Faheem Iqbal Qureshi, Anthony D. Logan, Mohammed Abdulle, Hamoud S. Aldahbali, Jamal Abdi, Abdilahi Awale, and Mohamed A. Hussein, | CIVIL ACTION NO. 1:14-CV-03275-WSD |
| Plaintiffs, | |
| v. | |
| Uber Technologies, Inc., Uber Technologies (GA), Inc., Rasier LLC, Keith Radford, Ahmed Simjee, Joshua Gantt, Leslie Gilmartin, Brian Giquel, Christopher Bosak, Christopher Johnson, Kevin Buttimer, Daniel Anderson, John Stettner, Rachel Pietrocola, Josh Varcoe, Fabian Fernandez, Aminur Choudhury, Seid Shek, Abebe Tesfaye, Samuel Worku, Jean Richard Pierre, Alexander Agbaere, Ayodele Okpodu, and Belay Dagnew, | |
| Defendants. | |

## NOTICE OF MANUAL FILING UNDER SEAL

Defendant Uber Technologies, Inc. ("Uber") hereby files notice that a Motion for Leave to File Under Seal, along with Exhibits A and B thereto and a proposed order granting the same, will be delivered to chambers on the afternoon of November 13, 2014.  Service copies of all of the foregoing materials are being sent to counsel for Plaintiffs this same day.

     Respectfully submitted, this 13th day of November, 2014.

By   /s/ Michael W. Tyler
          Michael W. Tyler

Michael W. Tyler (GA Bar No. 721152)
   mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
   jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
   randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555

Stephen A. Swedlow (*pro hac vice* pending)
   stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice* pending)
   amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

Arthur M. Roberts (*pro hac vice* pending)
   arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

<u>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  November 13, 2014.

<u>/s/ Michael W. Tyler</u>
Michael W. Tyler

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 13, 2014, I filed a copy of the foregoing

document using the Court's ECF/CM system, which will automatically send notice

of such filing to counsel for Plaintiffs:

>William A. Pannell
>WILLIAM A. PANNELL, P.C.
>433 Chateau Drive, NW
>Atlanta, GA 30305

I further certify that on November 13, 2014, I served a copy of the foregoing

to counsel for Plaintiffs by depositing a copy in the U.S. Mail, first class postage

prepaid, addressed as follows:

>Keith E. Fryer
>FRYER, SHUSTER & LESTER, PC
>1050 Crown Pointe Parkway, Suite 410
>Atlanta, GA 30338

>/s/ Michael W. Tyler
>Michael W. Tyler