UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT MCCANDLISS, ) <br> DMIDRIY ABRAMYAN, ABDIKADIR ) <br> AHMED, AHMED KATUN AHMED, ) <br> AHMED HASSAN, BEN STEWART ) <br> ROUNTREE, FAHEEM IQBAL ) <br> QURESHI, ANTHONY D. LOGAN, ) <br> MOHAMED ABDULLE, ) <br> HAMOUD S. ALDAHBALI, JAMAL ) <br> ABDI, ABDILAHI AWALE, ) <br> MOHAMED A. HUSSEIN ) <br> and all others similarly situated, ) <br>     Plaintiffs ) <br> ) <br>   v. ) <br> ) <br> UBER TECHNOLOGIES, INC., ) <br> UBER TECHNOLOGIES (GA), INC., ) <br> RASIER, LLC ) <br>   and ) <br> KEITH RADFORD, AHMED SIMJEE, ) <br> JOSHUA GANTT, LESLIE GILMARTIN, ) <br> BRIAN GIQUEL,CHRISTOPHER BOSAK, ) <br> CHRISTOPHER JOHNSON, KEVIN ) <br> BUTTIMER,DANIEL ANDERSON, JOHN ) <br> STETTNER, RACHEL PIETROCOLA, ) <br> JOSH VARCOE, FABIAN FERNANDEZ, ) <br> AMINUR CHOUDHURY, SEID SHEK, ) <br> ABEBE TESFAYE, SAMUEL WORKU, ) <br> JEAN RICHARD PIERRE, ALEXANDER ) <br> AGBAERE, AYODELE OKPODU, ) <br> BELAY DAGNEW, individually and ) <br> all others similarly situated, ) <br>     Defendants. | **REPLY IN SUPPORT OF** <br> **MOTION TO CORRECT** <br> **CIVIL DOCKET RECORD** <br><br><br><br> Civil Action File No. <br> 1:14-03275- WSD <br><br> Class Action |

## REPLY BRIEF IN SUPPORT OF MOTION TO CORRECT CIVIL DOCKET RECORD

Defendants have responded and have no objection to correcting the Docket as Plaintiffs request as long as there is an eight month discovery period. The proper place to agree upon discovery will be in a case scheduling order which will be entered if the case is remanded or remains in this Court. As this is a class action (which should have been noted by the removing Defendant on the Civil Cover sheet), Plaintiffs have no objection to an eighth month discovery period and will certainly agree to limit discovery to eight months as Defendants request.

Accordingly, Plaintiffs respectfully request the Court to direct the Clerk's office to correct certain errors that are contained in the Docket for this case.  A proposed order was included with the Motion.

Respectfully submitted this 18th day of November, 2014.

/s/ William A. Pannell
William A. Pannell
Georgia Bar No. 561025

WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, Georgia 30305
TEL (404) 353-2283
FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037
FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465
Of Counsel

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: November 18, 2014.

/s/ William *A. Pannell*
William A. Pannell

## CERTIFICATE OF SERVICE

I hereby certify that on November 18 , 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111

Dated: November 18, 2014.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ William A. Pannell*
　　　　　　　　　　　　　　　　　　　　　　　William A. Pannell