# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCOTT MCCANDLISS, DMIDRIY ABRAMYAN, ABDIKADIR AHMED, AHMED KATUN AHMED, AHMED HASSAN, BEN STEWART ROUNTREE, FAHEEM IQBAL QURESHI, ANTHONY D. LOGAN, MOHAMED ABDULLE, HAMOUD S. ALDAHBALI, JAMAL ABDI, ABDILAHI AWALE, MOHAMED A. HUSSEIN and all others similarly situated, Plaintiffs  v.  UBER TECHNOLOGIES, INC., UBER TECHNOLOGIES (GA), INC., RASIER, LLC and KEITH RADFORD, AHMED SIMJEE, JOSHUA GANTT, LESLIE GILMARTIN, BRIAN GIQUEL, CHRISTOPHER BOSAK, CHRISTOPHER JOHNSON, KEVIN BUTTIMER, DANIEL ANDERSON, JOHN STETTNER, RACHEL PIETROCOLA, JOSH VARCOE, FABIAN FERNANDEZ, AMINUR CHOUDHURY, SEID SHEK, ABEBE TESFAYE, SAMUEL WORKU, JEAN RICHARD PIERRE, ALEXANDER AGBAERE, AYODELE OKPODU, BELAY DAGNEW, individually and all others similarly situated, Defendants. | **NOTICE OF PENDING RELATED CASE**  Civil Action File No. 1:14-03275- WSD  Class Action |

## **NOTICE OF PENDING RELATED CASE**

In Section VIII. Of the Civil Cover Sheet [Doc.1-3] a case is deemed related if it involves "property included in an earlier numbered pending suit". Another suit *Delta Cab Association, Inc. et al v. City of Atlanta, Georgia,* Civil Action File No. 1:13-CV-2218-TWT, is currently pending before Chief Judge Thomas W. Thrash. After extensive discovery and motions by both parties, judgment was entered in favor of the Defendant on August 22, 2014 and appeal has been filed to the Eleventh Circuit Court of Appeals.

At issue in the present case are Certificates of Public Necessity and Convenience (CPNCs) issued by the City of Atlanta to operate licensed taxicabs. Issues should arise in the present case which are almost identical to the case before Chief Judge Thrash. Plaintiffs contend that Defendants and the Defendant Class of Uber Drivers illegally operate vehicles for hire in the City of Atlanta without proper CPNCs. Atlanta limits the number of CPNCs available and they must be purchased from other owners or the city. Plaintiffs anticipate that issues regarding the city's right to issue, regulate and limit CPNCs will be a central issue in the case at hand. These same issues were extensively briefed and decided in *Delta Cab Association, Inc. et al v. City of Atlanta, Georgia* which is now on appeal.

Here, Plaintiffs contend that Defendants' illegal operations have damaged the values and rental values of the CPNCs. Both cases pending involve the same "property" and should have been noted on the Civil Cover Sheet for assignment.

Respectfully submitted this 18th day of November, 2014.

<u>/s/ William A. Pannell</u>
William A. Pannell
Georgia Bar No. 561025

WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, Georgia 30305
TEL (404) 353-2283
FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037
FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465
Of Counsel

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: November 18, 2014.

<u>/s/ William A. Pannell</u>
William A. Pannell

# CERTIFICATE OF SERVICE

I hereby certify that on November 18 , 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111

Dated: November 18, 2014.

                                         */s/ William A. Pannell*
                                         William A. Pannell