UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT MCCANDLISS, ) <br> DMIDRIY ABRAMYAN, ABDIKADIR ) <br> AHMED, AHMED KATUN AHMED, ) <br> AHMED HASSAN, BEN STEWART ) <br> ROUNTREE, FAHEEM IQBAL ) <br> QURESHI, ANTHONY D. LOGAN, ) <br> MOHAMED ABDULLE, ) <br> HAMOUD S. ALDAHBALI, JAMAL ) <br> ABDI, ABDILAHI AWALE, ) <br> MOHAMED A. HUSSEIN ) <br> and all others similarly situated, ) <br>     Plaintiffs ) <br> ) <br>   v. ) <br> ) <br> UBER TECHNOLOGIES, INC., ) <br> UBER TECHNOLOGIES (GA), INC., ) <br> RASIER, LLC ) <br>   and ) <br> KEITH RADFORD, AHMED SIMJEE, ) <br> JOSHUA GANTT, LESLIE GILMARTIN, ) <br> BRIAN GIQUEL, CHRISTOPHER BOSAK, ) <br> CHRISTOPHER JOHNSON, KEVIN ) <br> BUTTIMER, DANIEL ANDERSON, JOHN ) <br> STETTNER, RACHEL PIETROCOLA, ) <br> JOSH VARCOE, FABIAN FERNANDEZ, ) <br> AMINUR CHOUDHURY, SEID SHEK, ) <br> ABEBE TESFAYE, SAMUEL WORKU, ) <br> JEAN RICHARD PIERRE, ALEXANDER ) <br> AGBAERE, AYODELE OKPODU, ) <br> BELAY DAGNEW, individually and ) <br> all others similarly situated, ) <br>     Defendants. | **NOTICE REGARDING** <br> **PARTNERS OF RASIER, LLC** <br><br> Civil Action File No. <br> 1:14-03275- WSD <br><br> Class Action |

## **NOTICE REGARDING PARTNERS OF RASIER, LLC**

It has come to Plaintiffs' Counsel's attention that in this Court's Standing Order for Civil Litigation in paragraph - 1. *Jurisdiction* of the **Case Management** section, Plaintiffs are required to notify the court if Plaintiff did not allege in the complaint the citizenship of limited liability companies (LLC) by stating the citizenship of each LLC member.

Rasier, LLC is the only named party that is a limited liability company. However, Plaintiffs do not know the identity or citizenship of its members and could not state such in their complaint.  Unfortunately, Defendants' various corporate disclosures and certificates of interested parties contain very little information and Rasier's Disclosure [Doc. 14] contains no information regarding its partners.

Therefore, in order to comply with the Courts standing order, it will be necessary for Defendants' to make a more complete disclosure of "interested parties" and Plaintiffs hereby request same to include partners of Rasier, LLC and their citizenship.

Respectfully submitted this 18th day of November, 2014.

/s/ *William A. Pannell*
William A. Pannell
Georgia Bar No. 561025

WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, Georgia 30305
TEL (404) 353-2283
FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037
FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465
Of Counsel

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: November 18, 2014.

/s/ William *A. Pannell*
William A. Pannell

# CERTIFICATE OF SERVICE

I hereby certify that on November 18 , 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111

Dated: November 18, 2014.

                                                */s/ William A. Pannell*
                                                William A. Pannell