# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-03275-WSD
### McCandliss et al v. Uber Technologies, Inc. et al
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 11/20/2014.

TIME COURT COMMENCED: 1:10 P.M.
TIME COURT CONCLUDED: 1:20 P.M.        COURT REPORTER: Nick Marrone
TIME IN COURT: 00:10                   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: William Pannell representing Scott McCandliss
Arthur Roberts representing Uber Technologies, Inc.
Stephen Swedlow representing Uber Technologies, Inc.
Michael Tyler representing Uber Technologies, Inc.

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Telephone conference held. Redacted pleadings to be submitted by Monday, November 24, 2014.

HEARING STATUS: Hearing Concluded