# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SCOTT MCCANDLISS, | ) | |
| DMIDRIY ABRAMYAN, ABDIKADIR | ) | |
| AHMED, AHMED KATUN AHMED, | ) | |
| AHMED HASSAN, BEN STEWART | ) | |
| ROUNTREE, FAHEEM IQBAL | ) | |
| QURESHI, ANTHONY D. LOGAN, | ) | |
| MOHAMED ABDULLE, | ) | |
| HAMOUD S. ALDAHBALI, JAMAL | ) | |
| ABDI, ABDILAHI AWALE, | ) | |
| MOHAMED A. HUSSEIN | ) | |
| and all others similarly situated, | ) | |
| Plaintiffs | ) | Civil Action File No. |
| | ) | 1:14-03275- WSD |
| v. | ) | |
| | ) | Class Action |
| UBER TECHNOLOGIES, INC., | ) | |
| UBER TECHNOLOGIES (GA), INC., | ) | |
| RASIER, LLC | ) | |
| and | ) | |
| KEITH RADFORD, AHMED SIMJEE, | ) | |
| JOSHUA GANTT, LESLIE GILMARTIN, | ) | |
| BRIAN GIQUEL,CHRISTOPHER BOSAK, | ) | |
| CHRISTOPHER JOHNSON, KEVIN | ) | |
| BUTTIMER,DANIEL ANDERSON, JOHN | ) | |
| STETTNER, RACHEL PIETROCOLA, | ) | |
| JOSH VARCOE, FABIAN FERNANDEZ, | ) | |
| AMINUR CHOUDHURY, SEID SHEK, | ) | |
| ABEBE TESFAYE, SAMUEL WORKU, | ) | |
| JEAN RICHARD PIERRE, ALEXANDER | ) | |
| AGBAERE, AYODELE OKPODU, | ) | |
| BELAY DAGNEW, individually and | ) | |
| all others similarly situated, | ) | |
| Defendants. | | |

**PLAINTIFFS RESPONSE TO UBER TECHNOLOGIES, INC., UBER TECHNOLOGIES (GA), INC. AND RASIER, LLC'S <u>MOTION TO DISMISS</u>**

Plaintiffs' have filed an Amended Complaint [Doc. 29] as a matter of course pursuant to Rule 15(a)1(B) of the Federal Rules of Civil Procedure. Accordingly, Defendants' Motion to Dismiss [Doc. 13] is now MOOT as it was filed regarding the original complaint filed in the Superior Court of Fulton County.

Respectfully submitted this 26th day of November, 2014.

<u>/s/  William A. Pannell</u>
William A. Pannell
Georgia Bar No. 561025
WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, Georgia 30305
TEL (404) 353-2283
FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037
FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465
Of Counsel

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  November 26, 2014.

/s/  William A. Pannell
William A. Pannell

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dated:  November 26, 2014.

/s/  *William A. Pannell*
William A. Pannell