# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCOTT MCCANDLISS, ) <br> DMIDRIY ABRAMYAN, ABDIKADIR ) <br> AHMED, AHMED KATUN AHMED, ) <br> AHMED HASSAN, BEN STEWART ) <br> ROUNTREE, FAHEEM IQBAL ) <br> QURESHI, ANTHONY D. LOGAN, ) <br> MOHAMED ABDULLE, ) <br> HAMOUD S. ALDAHBALI, JAMAL ) <br> ABDI, ABDILAHI AWALE, ) <br> MOHAMED A. HUSSEIN ) <br> and all others similarly situated, ) <br>     Plaintiffs ) <br> ) <br>   v. ) <br> ) <br> UBER TECHNOLOGIES, INC., ) <br> UBER TECHNOLOGIES (GA), INC., ) <br> RASIER, LLC ) <br>   and ) <br> KEITH RADFORD, AHMED SIMJEE, ) <br> JOSHUA GANTT, LESLIE GILMARTIN, ) <br> BRIAN GIQUEL, CHRISTOPHER BOSAK,) <br> CHRISTOPHER JOHNSON, KEVIN ) <br> BUTTIMER, DANIEL ANDERSON, JOHN ) <br> STETTNER, RACHEL PIETROCOLA, ) <br> JOSH VARCOE, FABIAN FERNANDEZ, ) <br> AMINUR CHOUDHURY, SEID SHEK, ) <br> ABEBE TESFAYE, SAMUEL WORKU, ) <br> JEAN RICHARD PIERRE, ALEXANDER ) <br> AGBAERE, AYODELE OKPODU, ) <br> BELAY DAGNEW, individually and ) <br> all others similarly situated, ) <br>         Defendants. | Civil Action File No. <br> 1:14-03275- WSD <br><br> Class Action |

## PLAINTIFFS RESPONSE TO DRIVER DEFENDANTS' <u>MOTION TO DISMISS</u>

Plaintiffs' have filed an Amended Complaint [Doc. 29] as a matter of course pursuant to Rule 15(a)1(B) of the Federal Rules of Civil Procedure. Accordingly, Defendants' Motion to Dismiss [Doc. 15] is now MOOT as it was filed regarding the original complaint filed in the Superior Court of Fulton County.

Respectfully submitted this 26th day of November, 2014.

<u>/s/  William A. Pannell</u>
William A. Pannell
Georgia Bar No. 561025
WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, Georgia 30305
TEL (404) 353-2283
FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037
FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465
Of Counsel

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  November 26, 2014.

/s/  William A. Pannell
William A. Pannell

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dated:  November 26, 2014.

                                              <u>/s/  William A. Pannell</u>
                                                William A. Pannell