UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Scott McCandliss, Dmidriy Abramyan, Abdikadir Ahmed, Ahmed Katun Ahmed, Ahmed Hassan, Ben Stewart Rountree, Faheem Iqbal Qureshi, Anthony D. Logan, Mohammed Abdulle, Hamoud S. Aldahbali, Jamal Abdi, Abdilahi Awale, and Mohamed A. Hussein,<br><br>      Plaintiffs,<br><br>  v.<br><br>Uber Technologies, Inc., Uber Technologies (GA), Inc., Rasier LLC, Keith Radford, Ahmed Simjee, Joshua Gantt, Leslie Gilmartin, Brian Giquel, Christopher Bosak, Christopher Johnson, Kevin Buttimer, Daniel Anderson, John Stettner, Rachel Pietrocola, Josh Varcoe, Fabian Fernandez, Aminur Choudhury, Seid Shek, Abebe Tesfaye, Samuel Worku, Jean Richard Pierre, Alexander Agbaere, Ayodele Okpodu, and Belay Dagnew,<br><br>      Defendants. | CIVIL ACTION NO. 1:14-CV-03275-WSD |

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
<u>PLAINTIFFS' MOTION TO REMAND</u>**

US2008 6218303 2

Defendant Uber Technologies, Inc. ("Uber") respectfully submits this notice of supplemental authority with respect to Plaintiffs Motion to Remand [Dkt. No. 6].

On December 15, 2014, the Supreme Court issued its decision in *Dart Cherokee Basin Operating Co. LLC et al. v. Brandon W. Owens*, No. 13-719, 2014 WL 7010692 (U.S. Dec. 15, 2014).  In that case, the majority overturned the lower courts' finding that a notice of removal under the Class Action Fairness Act of 2005 ("CAFA") had failed to provide sufficient evidence of the amount in controversy.

The Supreme Court held that a notice of removal under CAFA need only plausibly allege, not detail proof of, the amount in controversy.  *Id.* at *6 ("In sum, as specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").  The Court also stressed that in CAFA, there is no presumption against removal; to the contrary, the Court emphasizes that "Congress enacted [CAFA] to facilitate adjudication of certain class actions in federal court."  *Id.*

The Supreme Court's holding in *Dart Cherokee Basin* is relevant to Uber's argument that it has more than adequately pled the amount in controversy for

purposes of removal under CAFA, which is further confirmed both by the face of the Complaint as well as the evidence submitted by Uber. *See* Dkt. No. 27 at 4-14. For the Court's convenience, a copy of *Dart Cherokee Basin* is attached hereto as **Exhibit A.**

Respectfully submitted, this 16th day of December, 2014.

By  /s/ Michael W. Tyler
     Michael W. Tyler

Michael W. Tyler (GA Bar No. 721152)
    mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
    jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
    randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555

Stephen A. Swedlow (*pro hac vice*)
    stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice*)
    amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

3

Arthur M. Roberts (*pro hac vice*)
   arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

4

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: December 16, 2014.

/s/ Michael W. Tyler
Michael W. Tyler

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Plaintiffs:

> William A. Pannell
> WILLIAM A. PANNELL, P.C.
> 433 Chateau Drive, NW
> Atlanta, GA 30305

I further certify that on December 16, 2014, I served a copy of the foregoing to counsel for Plaintiffs by depositing a copy in the U.S. Mail, first class postage prepaid, addressed as follows:

> Keith E. Fryer
> FRYER, SHUSTER & LESTER, PC
> 1050 Crown Pointe Parkway, Suite 410
> Atlanta, GA 30338

/s/ Michael W. Tyler
Michael W. Tyler

US2008 6218303 2