# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Scott McCandliss, Dmidriy Abramyan, Abdikadir Ahmed, Ahmed Katun Ahmed, Ahmed Hassan, Ben Stewart Rountree, Faheem Iqbal Qureshi, Anthony D. Logan, Mohammed Abdulle, Hamoud S. Aldahbali, Jamal Abdi, Abdilahi Awale, and Mohamed A. Hussein, <br><br> Plaintiffs, <br><br> v. <br><br> Uber Technologies, Inc., Uber Technologies (GA), Inc., Rasier LLC, Keith Radford, Ahmed Simjee, Joshua Gantt, Leslie Gilmartin, Brian Giquel, Christopher Bosak, Christopher Johnson, Kevin Buttimer, Daniel Anderson, John Stettner, Rachel Pietrocola, Josh Varcoe, Fabian Fernandez, Aminur Choudhury, Seid Shek, Abebe Tesfaye, Samuel Worku, Jean Richard Pierre, Alexander Agbaere, Ayodele Okpodu, and Belay Dagnew, <br><br> Defendants. | CIVIL ACTION NO. 1:14-CV-03275-WSD |

## UBER TECHNOLOGIES, INC., UBER TECHNOLOGIES (GA), INC. AND RASIER LLC'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and for the reasons set forth in the accompanying memorandum of law, Defendants Uber Technologies, Inc., Uber Technologies (GA), Inc. and Rasier LLC move the Court to dismiss Plaintiffs' Amended Complaint with prejudice.

Respectfully submitted, this 22nd day of December, 2014.

UBER TECHNOLOGIES, INC., UBER TECHNOLOGIES (GA), INC., AND RASIER LLC

By  /s/ Stephen A. Swedlow
Stephen A. Swedlow

Stephen A. Swedlow (*pro hac vice*)
 stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice*)
 amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

Arthur M. Roberts (*pro hac vice*)
 arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Michael W. Tyler (GA Bar No. 721152)
 mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
 jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
 randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555

04978.00012/6429747.1

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  December 22, 2014.

/s/ Stephen A. Swedlow
Stephen A. Swedlow

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Plaintiffs:

William A. Pannell
WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, GA 30305

I further certify that on December 22, 2014, I served a copy of the foregoing to counsel for Plaintiffs by depositing a copy in the U.S. Mail, first class postage prepaid, addressed as follows:

Keith E. Fryer
FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338

/s/ Amit B. Patel
Amit B. Patel

04978.00012/6429747.1