# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCOTT MCCANDLISS, ) | |
| DMIDRIY ABRAMYAN, ABDIKADIR ) | |
| AHMED, AHMED KATUN AHMED, ) | |
| AHMED HASSAN, BEN STEWART ) | |
| ROUNTREE, FAHEEM IQBAL ) | |
| QURESHI, ANTHONY D. LOGAN, ) | |
| MOHAMED ABDULLE, ) | Request for Conference |
| HAMOUD S. ALDAHBALI, JAMAL ) | and Oral Argument |
| ABDI, ABDILAHI AWALE, ) | |
| MOHAMED A. HUSSEIN ) | |
| and all others similarly situated, ) | |
|     Plaintiffs ) | Civil Action File No. |
| ) | 1:14-03275- WSD |
|   v. ) | |
| ) | Class Action |
| UBER TECHNOLOGIES, INC., ) | |
| UBER TECHNOLOGIES (GA), INC., ) | |
| RASIER, LLC ) | |
|   and ) | |
| KEITH RADFORD, AHMED SIMJEE, ) | |
| JOSHUA GANTT, LESLIE GILMARTIN, ) | |
| BRIAN GIQUEL,CHRISTOPHER BOSAK,) | |
| CHRISTOPHER JOHNSON, KEVIN ) | |
| BUTTIMER,DANIEL ANDERSON, JOHN ) | |
| STETTNER, RACHEL PIETROCOLA, ) | |
| JOSH VARCOE, FABIAN FERNANDEZ, ) | |
| AMINUR CHOUDHURY, SEID SHEK, ) | |
| ABEBE TESFAYE, SAMUEL WORKU, ) | |
| JEAN RICHARD PIERRE, ALEXANDER ) | |
| AGBAERE, AYODELE OKPODU, ) | |
| BELAY DAGNEW, individually and ) | |
| all others similarly situated, ) | |
|         Defendants. | |

## REQUEST FOR CONFERENCE AND ORAL ARGUMENT

Plaintiffs respectfully request a time to personally appear before the Court for a Conference pursuant to this Court's Standing Order to address several matters including Plaintiffs' Motion to Correct the Docket [Doc. 8]; Plaintiffs' Notice of Pending Related Case and Defendants' Response [Doc. 24, 34 & 36]; and, Plaintiffs' Notice Regarding Partners of Rasier, LLC [Doc. 25].

Additionally, Plaintiffs request Oral Argument on the three Motions to Dismiss [Doc. 38, 39 & 40] filed by the Defendants. Plaintiffs expect that the Conference and Oral Arguments would take less than two hours of the Court's time.

Respectfully submitted this 13th day of February, 2015.

/s/ William A. Pannell
William A. Pannell
Georgia Bar No. 561025
WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, Georgia 30305
TEL (404) 353-2283
FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037

FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465
Of Counsel

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: February 13, 2015.

/s/ William A. Pannell
William A. Pannell

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dated:  February 13, 2015.

                                                                                     */s/  William A. Pannell*  
                                                                                       William A. Pannell