# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCOTT MCCANDLISS, ) | |
| DMIDRIY ABRAMYAN, ABDIKADIR ) | |
| AHMED, AHMED KATUN AHMED, ) | |
| AHMED HASSAN, BEN STEWART ) | |
| ROUNTREE, FAHEEM IQBAL ) | |
| QURESHI, ANTHONY D. LOGAN, ) | Joint |
| MOHAMED ABDULLE, ) | Request for Conference |
| HAMOUD S. ALDAHBALI, JAMAL ) | |
| ABDI, ABDILAHI AWALE, ) | |
| MOHAMED A. HUSSEIN ) | |
| and all others similarly situated, ) | |
| Plaintiffs ) | Civil Action File No. |
| ) | 1:14-03275- WSD |
| v. ) | |
| ) | Class Action |
| UBER TECHNOLOGIES, INC., ) | |
| UBER TECHNOLOGIES (GA), INC., ) | |
| RASIER, LLC ) | |
| and ) | |
| KEITH RADFORD, AHMED SIMJEE, ) | |
| JOSHUA GANTT, LESLIE GILMARTIN, ) | |
| BRIAN GIQUEL,CHRISTOPHER BOSAK,) | |
| CHRISTOPHER JOHNSON, KEVIN ) | |
| BUTTIMER,DANIEL ANDERSON, JOHN ) | |
| STETTNER, RACHEL PIETROCOLA, ) | |
| JOSH VARCOE, FABIAN FERNANDEZ, ) | |
| AMINUR CHOUDHURY, SEID SHEK, ) | |
| ABEBE TESFAYE, SAMUEL WORKU, ) | |
| JEAN RICHARD PIERRE, ALEXANDER ) | |
| AGBAERE, AYODELE OKPODU, ) | |
| BELAY DAGNEW, individually and ) | |
| all others similarly situated, ) | |
| Defendants. | |

## **JOINT REQUEST FOR CONFERENCE**

All Parties respectfully request a time to personally appear (or by phone where necessary) before the Court for a Conference pursuant to this Court's Standing Order to address several matters. The parties have engaged in discussions regarding the new legislation enacted and its potential effects on the Amended Complaint and several motions now pending before the Court. *See* Dkt. No. 47 (discussing new legislation creating regulatory classifications applicable to "transportation network compan[ies]" and "ride share network service[s]" that use "digital network[s]" to connect passengers with third-party transportation providers); Dkt. No. 38 (Motion to Dismiss by Keith Radford); Dkt. No. 39 (Motion to Dismiss by Driver Defendants); Dkt. No. 40 (Motion to Dismiss by Uber Technologies, Inc., Uber Technologies (GA) Inc., and Rasier, LLC).

With the Court's participation, certain issues may be simplified and addressed in a more comprehensive fashion than with the Amended Complaint and motions in their current form. Additionally, the parties have had difficulty fully completing a Joint Preliminary Report and Discovery Plan due to the pending Motion to Remand and Motions to Dismiss and would like direction from the Court as to how it wishes for them to proceed.

Plaintiffs have previously requested a conference to address other minor matters including Plaintiffs' Motion to Correct the Docket [Doc. 8]; Plaintiffs' Notice of Pending Related Case and Defendants' Response [Doc. 24, 34 & 36]; and Plaintiffs' Notice Regarding Partners of Rasier, LLC [Doc. 25].  Plaintiffs separately request that the Court also address these issues at the conference, which should take very little time to address.  Defendants believe the Court need not address these filings at the conference, but will be prepared to address them if the Court wishes to do so.

The parties respectfully request the Court to schedule a conference with attorneys for all parties at the Court's earliest convenience. The conference should take approximately 1-2 hours.

Respectfully submitted this 20th day of May, 2015.

    Counsel for Plaintiffs

    /s/  William A. Pannell
    William A. Pannell
    Georgia Bar No. 561025
    WILLIAM A. PANNELL, P.C.
    433 Chateau Drive, NW
    Atlanta, Georgia 30305
    TEL (404) 353-2283
    FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037

FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465

Of Counsel

                              Counsel for Uber Technologies, Inc.; Uber Technologies (GA), Inc.; and Rasier, LLC

*s/ Stephen A. Swedlow*

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

        Counsel for Keith Radford and Driver Defendants

        */s/ Michael W. Tyler*

        _____
Michael W. Tyler
(GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  May 20, 2015.

        */s/  William A. Pannell*
        William A. Pannell

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dated:  May 20, 2015.

                                              */s/  William A. Pannell*
                                              William A. Pannell