# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-03275-WSD
## McCandliss et al v. Uber Technologies, Inc. et al
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Chambers on 05/29/2015.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 10:00 A.M.     COURT REPORTER: Nick Marrone
TIME IN COURT: 00:25                  DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Pannell representing Scott McCandliss<br>Stephen Swedlow representing Uber Technologies, Inc.<br>Michael Tyler representing Uber Technologies, Inc.<br>** Keith Fryer |
| PROCEEDING CATEGORY: | Status Conference(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [8]Motion for Order GRANTED<br>[13]Motion to Dismiss DENIED AS MOOT<br>[15]Motion to Dismiss DENIED AS MOOT<br>[17]Motion to Dismiss DENIED AS MOOT<br>[38]Motion to Dismiss WITHDRAWN by agreement of the parties<br>[39]Motion to Dismiss for Failure to State a Claim WITHDRAWN by agreement of the parties<br>[40]Motion to Dismiss for Failure to State a Claim WITHDRAWN by agreement of the parties<br>[46]Motion for Oral Argument TERMINATED<br>[46]Motion for Hearing TERMINATED<br>[48]Motion for Hearing TERMINATED as of 5/22/15 |
| MINUTE TEXT: | Status Conference held. Plaintiff is to file the Second Amended Complaint on or before June 15, 2015. Defendants will respond with renewed motions to dismiss on or before June 29, 2015 with responses due on or before July 8, 2015. Plaintiffs supplemental brief re [6] Motion to Remand is due on or before June 15, 2015, Defendants response is due on or before June 29, 2015, and Plaintiffs reply is due on or before July 8, 2015. |
| HEARING STATUS: | Hearing Concluded |