# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCOTT MCCANDLISS, ) <br> DMIDRIY ABRAMYAN, ABDIKADIR ) <br> AHMED, AHMED KATUN AHMED, ) <br> AHMED HASSAN, BEN STEWART ) <br> ROUNTREE, FAHEEM IQBAL ) <br> QURESHI, ANTHONY D. LOGAN, ) <br> MOHAMED ABDULLE, ) <br> HAMOUD S. ALDAHBALI, JAMAL ) <br> ABDI, ABDILAHI AWALE, ) <br> MOHAMED A. HUSSEIN ) <br> and all others similarly situated, ) <br>     Plaintiffs ) <br> ) <br>   v. ) <br> ) <br> UBER TECHNOLOGIES, INC., ) <br> RASIER, LLC ) <br>   and ) <br> KEITH RADFORD, AHMED SIMJEE, ) <br> JOSHUA GANTT, LESLIE GILMARTIN, ) <br> BRIAN GIQUEL,CHRISTOPHER BOSAK,) <br> CHRISTOPHER JOHNSON, KEVIN ) <br> BUTTIMER,DANIEL ANDERSON, JOHN ) <br> STETTNER, RACHEL PIETROCOLA, ) <br> JOSH VARCOE, FABIAN FERNANDEZ, ) <br> AMINUR CHOUDHURY, SEID SHEK, ) <br> ABEBE TESFAYE, SAMUEL WORKU, ) <br> JEAN RICHARD PIERRE, ALEXANDER ) <br> AGBAERE, AYODELE OKPODU, ) <br> BELAY DAGNEW, individually and ) <br> all others similarly situated, ) <br>     Defendants. | Civil Action File No. <br> 1:14-03275- WSD <br><br> Class Action |

## **NOTICE OF VOLUNTARY DISMISSAL OF UBER TECHNOLOGIES (GA), INC. *ONLY***

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby notify this Court that they voluntarily dismiss <u>without prejudice</u> all claims against Uber Technologies (Ga), Inc., showing the Court as follows:

1.

Rule 41(a)(1)(A)(i), provides that notice of dismissal is appropriate for voluntary withdrawal "before the opposing party serves either an answer or a motion for summary judgment."

2.

Plaintiff filed this action on September 5, 2014 in the Superior Court of Fulton County, State of Georgia. Defendant, Uber Technologies (Ga), Inc. has <u>not</u> filed an answer or a motion for summary judgment in this action.

3.

Uber Technologies (Ga), Inc. is not a separate corporation from Defendant Uber Technologies, Inc. but simply used the name to register for business in the State of Georgia due to an existing Georgia corporation having the identical corporate name.

Respectfully submitted this 6th day of June, 2015.

/s/ William A. Pannell
William A. Pannell
Georgia Bar No. 561025
WILLIAM A. PANNELL, P.C.
433 Chateau Drive, NW
Atlanta, Georgia 30305
TEL (404) 353-2283
FAX (404)237-2384

Keith E. Fryer
Georgia Bar No. 279037
FRYER, SHUSTER & LESTER, PC
1050 Crown Pointe Parkway, Suite 410
Atlanta, GA 30338-7701
TEL (770) 668-9300
FAX (770) 668-9465
Of Counsel

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  June 6, 2015.

/s/ William A. Pannell
William A. Pannell

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2015, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to counsel for Defendants:

Michael W. Tyler (GA Bar No. 721152)
mtyler@kilpatricktownsend.com
John P. Jett (GA Bar No. 827033)
jjett@kilpatricktownsend.com
Ross D. Andre (GA Bar No. 280210)
randre@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Arthur M. Roberts
arthurroberts@quinnemanuel.com
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dated:  June 6, 2015.

                                                                                             */s/  William A. Pannell*
                                                                                                 William A. Pannell